# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MICHAEL JOSEPH PICKARD | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   5:17CR50022-001<br>USM No.   14655-010<br><br>Sammi Wilmoth<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations: No(s). 1, 2, 3, 4, and 5    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Special Condition No. 3: Failure to Participate in Substance Abuse Treatment | 04/01/2021 |
| 2 | Special Condition No. 4: Failure to Participate in Mental Health Treatment | 04/01/2021 |
| 3 | Standard Condition No. 13: Failure to Follow Instructions of USPO | 03/08/2021 |
| 4 | Standard Condition No. 5: Failure to Report Change of Address | 04/01/2021 |
| 5 | Standard Condition No. 7: Failure to Provide Proof of Employment | 04/01/2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1145

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Lemon Grove, California

March 29, 2023
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

April 6, 2023
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: MICHAEL JOSEPH PICKARD
CASE NUMBER: 5:17CR50022-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Eight (8) months with credit for time served since December 6, 2022. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant participate in drug treatment programming that includes underlying mental health treatment during his sentence in the Bureau of Prisons, to the extent it is available. The Court also notes the defendant is interested in and highly skilled in culinary arts, and it is recommended he find employment in this area while in the Bureau of Prisons if he desires.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____   ☐ a.m.  ☐ p.m.  on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL